# MALLON CONSUMER LAW GROUP, PLLC

ATTORNEYS AT LAW
550 Kinderkamack Road
Suite 117
Oradell, NJ. 07649
(646) 713-1008
kmallon@consumerprotectionfirm.com

April 3, 2026

**VIA ECF**
Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re: *Muhammad v. Trans Union, LLC , et al.* SDNY, Case No. 1:26-cv-01027-RA

Dear Judge Abrams:

     We represent Plaintiff Nadia Muhammad in the above-referenced action.  We write to respectfully request an adjournment of Initial Conference scheduled for April 10, 2026, at 1:00 p.m.  While Trans Union recently executed a Rule 4 Waiver, they have yet to appear in the action and Plaintiff has not yet heard back from Defendants Equifax and Experian.  This is the Plaintiff's first request to adjourn this conference.  Counsel for Trans Union has consented to the request.   Plaintiff believes that an adjournment of 30 days will be sufficient to provide the parties time to appear and confer prior to the Conference.

     We thank the Court for its consideration.

                   Respectfully submitted,

Application granted. The conference previously
scheduled for April 10, 2026 is hereby
adjourned to May 15, 2026 at 12:00 p.m.

                                     Kevin Mallon

SO ORDERED.
                                     Mallon Consumer Law Group, PLLC

                                     550 Kinderkamack Road, Suite 117

Hon. Ronnie Abrams                        Oradell, NJ 07649

April 6, 2026                            (646) 713-1008

                                     kmallon@consumerprotectionfirm.com

                                     *Counsel for Plaintiff*