UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

NADIA MUHAMMAD,

                Plaintiff,

    -against-

TRANS UNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC and
EXPERIAN INFORMATION SOLUTIONS,
INC.,

                Defendants.

------------------------------------------------------- X

Case No. 1:26-cv-01027-RA

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Heather H. Sharp of the law firm Seyfarth Shaw LLP hereby

enters her appearance as counsel for Defendant Equifax Information Services LLC in the above-

captioned action.

Dated:  Atlanta, Georgia
        June 2, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/Heather H. Sharp*
    Heather H. Sharp, NY Bar No. 4590659
    hsharp@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E., Suite 2500
    Atlanta, Georgia  30309-3958
    Telephone:  (404) 885-1500
    Facsimile:  (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services LLC*

325352739v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2026, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      */s/ Heather H. Sharp*

Heather H. Sharp
*Counsel for Defendant*
*Equifax Information Services LLC*

325352739v.1