UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

NADIA MUHAMMAD,

               Plaintiff,

    -against-

TRANS UNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC and
EXPERIAN INFORMATION SOLUTIONS,
INC.,

               Defendants.

------------------------------------------------------- X

Case No. 1:26-cv-01027-RA

**DEFENDANT EQUIFAX
INFORMATION SERVICES LLC'S
CORPORATE DISCLOSURE
STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1(a), for its Corporate Disclosure Statement,

Defendant Equifax Information Services LLC ("Equifax"), states as follows:  Equifax Information

Services LLC's parent company, Equifax Inc., is a publicly traded company on the NYSE. It has

no other corporation owning more than 10% of its stock.

Dated: Atlanta, Georgia
       June 2, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  _/s/Heather H. Sharp_
    Heather H. Sharp, NY Bar No. 4590659
    hsharp@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E., Suite 2500
    Atlanta, Georgia  30309-3958
    Telephone:  (404) 885-1500
    Facsimile:  (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services LLC*

325352723v.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 2, 2026, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Heather H. Sharp*
Heather H. Sharp
*Counsel for Defendant*
*Equifax Information Services LLC*

325352723v.1